```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0269--CV (JKS)
             "USA V 3.05 ACRES OF VALID PATENTED MINING"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/13/03
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (210) Land Condemnation

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Dean Dunsmore<br>Environment & Natural Resources<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452<br>FAX 907-271-5827 |
| DEF 1.1 | 3.05 ACRES OF VALID PATENTED MINING CLAIM | No counsel found for this party! |
| DEF 2.1 | SHEARER, PAUL G. | Paul G. Shearer<br>Pro Per<br>1532 Meadows Drive<br>Lake Oswego, OR 97034<br>503-697-4378 |
| DEF 3.1 | SHEARER, SPOUSE | Kathryn A. McCready<br>Pro Per<br>1532 Meadows Drive<br>Lake Oswego, CA 97034-6122<br>503-697-4378 |
| DEF 4.1 | [T] ANTHONY, MICHAEL MARK R. | No counsel found for this party! |
| DEF 5.1 | [T] ERLENDSON, RONALD | No counsel found for this party! |
| DEF 6.1 | [T] ERLENDSON, GARY | No counsel found for this party! |
| DEF 7.1 | [T] STEIN, DONALD | No counsel found for this party! |
| DEF 8.1 | [T] HILL, JUNE | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0269--CV (JKS)
              "USA V 3.05 ACRES OF VALID PATENTED MINING"

                         For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/13/03
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (210) Land Condemnation

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Document #   Filed     Docket text
_____

    1 -  1  11/13/03   Complaint in condemnation filed w/att exhs; Summons issued.

    2 -  1  11/13/03   PLF 1 Notice of condemnation w/att exhs.

    3 -  1  11/13/03   PLF 1 Attorney Appearance of D. Dunsmore as lead local cnsl.

 NOTE -  1  11/17/03   Issued: summons re: DEF 3.

    4 -  1  11/19/03   PLF 1 Notice of related cases A03-0263CV (JWS); F03-0034CV (RRB); &
                       A01-0341CV (JKS).

    5 -  1  11/21/03   DEF 5-8 Attorney Appearance by William Satterberg.

    6 -  1  11/25/03   PLF 1 Return of Service Executed re:DEF 3 on 11/21/03.

    7 -  1  11/25/03   PLF 1 Return of Service Executed re: DEF 5 on 11/17/03.

    8 -  1  11/25/03   PLF 1 Return of Service Executed re: DEF 8 on 11/17/03.

    9 -  1  11/25/03   PLF 1 Return of Service Executed re: DEF 2 on 11/18/03.

   10 -  1  11/25/03   PLF 1 Return of Service Executed re: DEF 6 on 11/17/03.

   11 -  1  11/25/03   PLF 1 Return of Service Executed re: DEF 7 on 11/17/03.

   12 -  1  12/04/03   DEF 2 Attorney Appearance of Paul G. Shearer.

   13 -  1  12/04/03   DEF 2-3 Answer and Counterclaim.

   13 -  2  12/04/03   DEF 2-3 Crossclaim.

   14 -  1  12/15/03   DEF 5-8 Attorney Appearance of William R. Satterberg.

   15 -  1  12/18/03   JKS Order that def McCready (spouse of def Paul Shearer) is directed to
                       either proceed pro se herself or obtain competent cnsl to represent her
                       interests. cc: cnsl
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0269--CV (JKS)
                           "USA V 3.05 ACRES OF VALID PATENTED MINING"

                                      For all filing dates


Document #   Filed      Docket text

   16 -  1   12/18/03   DEF 5-8 Disclaimer of any right, title, claim or interest in
                        compensation paid or to be paid.

   17 -  1   12/18/03   DEF 4 Disclaimer of any right, title, claim or interest in compensation
                        paid or to be paid.

   18 -  1   12/18/03   PLF 1 Notice of filing M. Anthony's disclaimer.

   19 -  1   03/02/04   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   20 -  1   03/02/04   JKS Minute Order that ans to counterclaim has not been fld; require an
                        ans immediately or apply for default within 20 days from the date of
                        this mo. cc: cnsl

   21 -  1   03/09/04   PLF 1 Answer to Counterclaim w/att exh.

   22 -  1   03/23/04   PLF 1 Unopposed motion for enlargement of time to 4/29/04 to file case
                        planning report.

   23 -  1   03/25/04   JKS Order granting unopposed motion for enlargement of time to 4/29/04
                        to file case planning report (22-1).  cc: cnsl

   24 -  1   04/07/04   PLF 1 Notice of deposit of $136,030.61 receipt # 00122868.

   25 -  1   04/20/04   DEF 2-3 motion (petition) for disbursement of deposit.

   26 -  1   04/29/04   PLF 1 Report re: consolidation of case w/A03-0263CV (JKS).

   27 -  1   05/04/04   JKS Order that this case is consolidated with A03-0263CV and that all
                        further filings shall be in A03-0263CV. cc: cnsl

   28 -  1   06/08/04   JKS Order (cert cy) granting mot (pet) for disbursement of deposit
                        (25-1). cc: cnsl, Finance
```