

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case Number 3:03-cv-00269-JKS

3.05 ACRES OF VALID PATENTED
MINING CLAIM, PAUL G. SHEARER,
SPOUSE SHEARER,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

_\_\_\_  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**  This action came before the court and was consolidated with case 3:03-cv-00263-JKS (lead case).  The court has granted the government's motion filed in the lead case to sever 3:03-cv-00269-JKS and dismiss it with prejudice.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is hereby dismissed with prejudice.

APPROVED:

s/JAMES K. SINGLETON
JAMES K. SINGLETON
United States District Judge

    JULY 24, 2008
Date:

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1*

IDA ROMACK
Ida Romack, Clerk of Court

**REDACTED SIGNATURE**

Deputy Clerk

[303cv269JKS Judgment of Dismissal with JKS changes.wpd]{JMT2.WPT*Rev.3/03}